**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Oscar Daniel ZAMBRANO–
CONTRERAS, Defendant–
Appellant.**

**No. 04–51244.**

United States Court of Appeals,
Fifth Circuit.

Decided April 15, 2005.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

M. Carolyn Fuentes, Federal Public Defender's Office Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before GARZA, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM: *

IT IS ORDERED that appellee's unopposed motion to vacate the sentence is GRANTED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

IT IS FURTHER ORDERED that appellee's unopposed motion to remand case to the United States District Court for the Western District of Texas, El Paso, Division for resentencing is GRANTED.

IT IS FURTHER ORDERED that appellee's unopposed motion to extend time to file appellee's brief until 14 days from the Court's denial of appellee's motion to vacate and remand is DISMISSED AS MOOT.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.